UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOHN KOKALIS,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, INC.,<br><br>    Defendant | Case No.: 09-cv-08548-PSG-(JCx)<br><br>[~~PROPOSED~~] ORDER ENTERING JUDGMENT |

On December 28, 2009, Plaintiff, JOHN KOKALIS (Plaintiff), filed an acceptance of Defendant's, ALLIED INTERSTATE, INC.'S (Defendant), Offer of Judgment. The accepted Offer of Judgment states Plaintiff will receive $400.00 for alleged damages, $2,000.00 in attorneys' fees, and $350.00 in costs. *Id*. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $400.00 for alleged damages, $2,000.00 in attorneys' fees, and $350.00 in costs.

**IT IS ORDERED**

Dated: 1/4/10

                                                  Philip S. Gutierrez
                                              United States District Judge